EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2002

at 10 o'clock and 26 min. A.M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00017 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [Title 18 U.S.C. Section 1956(h)] |
| MIGUEL MANZO CORTES, ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges that:

From on or about January 13, 2000, to and including November 23, 2000, in the District of Hawaii, and elsewhere, MIGUEL MANZO CORTES, defendant herein, did willfully and unlawfully conspire with Jose Cruz Nunez-Curiel, who is not a defendant in this Indictment, and others known and unknown to the Grand Jury, to knowingly and intentionally conduct financial

transactions affecting interstate commerce, such transactions involving the proceeds of a specified unlawful activity, that is the distribution of heroin, with the intent to promote the carrying on of specified unlawful activity, and that while conducting such financial transaction knew that the property involved in the financial transaction, represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and 1956(a)(1)(B)(ii).

It was the object of the aforesaid conspiracy to launder monetary instruments.

OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendant performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1.   That on January 13, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $500.00 to Mexico.

2.   That on January 19, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $600.00 to Mexico.

3. That on January 27, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $2,000.00 to Mexico.

4. That on February 6, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $1,100.00 to Mexico.

5. That on February 18, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $600.00 to Mexico.

6. That on March 1, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $1,000.00 to Mexico.

7. That on April 1, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $1,000.00 to Mexico.

8. That on April 1, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $1,200.00 to Mexico.

9. That on April 1, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $1,000.00 to Mexico.

10. That on May 1, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $1,200.00 to Mexico.

11. That on May 1, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $1,000.00 to Mexico.

12. That on May 13, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $1,000.00 to Mexico.

13. That on May 25, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $1,200.00 to Mexico.

14. That on October 14, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $1,000.00 to Mexico.

15. That on October 21, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $1,000.00 to Mexico.

16. That on October 27, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $1,100.00 to Mexico.

17. That on November 3, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $1,100.00 to Mexico.

18. That on November 14, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $2,100.00 to Mexico.

19. That on November 23, 2000, Miguel Manzo Cortes sent via Western Union a wire transfer in the amount of $2,100.00 to Mexico.

All in violation of Title 18, United States Code, Section 1956(h).

DATED: 1/09/02, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. vs. Miguel Manzo Cortes
"Indictment"
Cr. No.